# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| DOUGLAS NELSON, | Case No. 3:18-cv-06768-RS |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF DISMISSAL |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

## [~~PROPOSED~~] ORDER DISMISSING CASE

Pursuant to the stipulation of the parties above, the Court hereby dismisses this case with prejudice. The court shall retain jurisdiction to enforce the settlement agreement between the parties.

Dated: August 23, 2019

_____
UNITED STATES DISTRICT COURT JUDGE

39826428